IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE VASQUEZ,**<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>**RON GODWIN,**<br><br>　　　　　　　Respondent. | Case No. 2:22-cv-0128 TLN KJN P<br><br>**ORDER** |

　　　Petitioner is a state prisoner proceeding through counsel.  Respondent filed a motion for sixty-day extension of time to file a responsive pleading.  Upon considering respondent's request, and good cause appearing, IT IS HEREBY ORDERED that:

　　　1.  Respondent's motion (ECF No. 9) is granted; and

　　　2.  Respondent is granted an additional 60 days, to and including June 3, 2022, to file a response to the petition for writ of habeas corpus and submit the state record in electronic format.

Dated:  April 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Kendall J. Newman_
　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/vasq0128.eot