**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Petitioner
JORGE VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE VASQUEZ**, <br><br> Petitioner, <br><br> v. <br><br> **GODWIN, Warden,** <br><br> Respondent. | CASE NO. 2:22-CV-00128-TLN-KJN (HC) <br><br> **[PROPOSED]** ORDER RE MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |

Petitioner is a state prisoner represented by counsel. For the reasons set forth in the August 3, 2023 motion and declaration of counsel, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Petitioner's motion for extension of time (ECF No. 19) is granted; and

2. Petitioner's objections to August 11, 2023 findings and recommendations are due on or before September 25, 2023.

Dated: August 24, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/vasq0128.eot

1